**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No. 10-20581

JOHN WILSON,

    Defendant.
                                            /

### ORDER DENYING DEFENDANT'S "MOTION TO STRIKE SURPLUSAGE"

Before the court is Defendant's "Motion to Strike Surplusage." The court conducted a hearing on the motion on September 20, 2012. For the reasons stated fully on the record,

IT IS ORDERED that Defendant's "Motion to Strike Surplusage" [Dkt. # 96] is DENIED.

                                            s/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: September 21, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 21, 2012, by electronic and/or ordinary mail.

                                            s/Lisa Wagner
                                            Case Manager and Deputy Clerk
                                            (313) 234-5522