UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                               Case No. 10-CR 20581-1

JOHN WILSON,

        Defendant.

_____/

## ORDER FOR RESPONSE

On March 18, 2013, Defendant John Wilson filed a "Motion to Withdraw Guilty Plea".

Government's response is to be filed by **April 10, 2013.** Defendant's reply, if any is to be filed by **April 24, 2013. The Sentencing set for April 11, 2013 is adjourned until after the ruling on this pending motion.**

                                        S/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: March 20, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 20, 2013, by electronic and/or ordinary mail.

                                        S/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522