UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                        CRIMINAL NO. 10-20581

v.                                     HON. ROBERT H. CLELAND

D-1 JOHN WILSON,

       Defendant.
                                  /

## **PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, an Indictment was filed on or about October 10, 2010 which, in relevant part, charged Defendant JOHN WILSON, in Counts One through Sixty, of violations of 18 U.S.C. § 1341 and 18 U.S.C. § 2 (Mail Fraud; Aiding and Abetting);

WHEREAS, the Indictment contained Forfeiture Allegations pursuant to 18 U.S.C. § 982(a)(2)(A) and 28 U.S.C. § 2461(c) seeking forfeiture of any property, real or personal, which constitutes or is derived from gross proceeds traceable to a violation or violations of 18 U.S.C. § 1341, to include, but not be limited to, a forfeiture money judgment for a sum which, in aggregate, represents property constituting or derived from gross proceeds traceable to violations of 18 U.S.C. § 1341;

WHEREAS, on December 11, 2012, Defendant JOHN WILSON entered into a Rule 11 Plea Agreement pursuant to which he pleaded guilty to Counts 24, 38, and 69 of the Indictment, wherein he agreed to forfeit, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), his interest in all property, real and personal, which constitutes or is derived from gross proceeds traceable to his violation of 18 U.S.C. § 1341, as alleged in Counts 24 and 38 of the Indictment;

WHEREAS, in the Rule 11 Plea Agreement Defendant JOHN WILSON also agreed to the entry of a forfeiture money judgment in the amount of Two Million Two Hundred Eight Dollars and Seventy Three Cents ($2,000,208.73). Defendant JOHN WILSON also agreed that he will be jointly and severally liable for a portion of the forfeiture money judgment with co-defendant D-2 Lari Zeka, who pleaded guilty in this matter on January 13, 2012, and whose Preliminary Order of Forfeiture provides that the joint and several amount is One Million Three Hundred Sixty One Thousand Three Hundred Seven Dollars and Seventy Three Cents ($1,361,307.73). Defendant JOHN WILSON also agreed that the United States may seek the forfeiture of substitute assets pursuant to 21 U.S.C. § 853;

NOW, THEREFORE, based upon the Indictment, the Rule 11 Plea Agreement, and the information in the record;

IT IS HEREBY ORDERED that a forfeiture money judgment in the amount of Two Million Two Hundred Eight Dollars and Seventy Three Cents ($2,000,208.73) is entered against Defendant JOHN WILSON, in favor of the United States, of which the defendant shall be jointly and severally liable with defendant Lari Zeka in the amount of One Million Three Hundred Sixty One Thousand Three Hundred Seven Dollars and Seventy Three Cents ($1,361,307.73);

IT IS FURTHER ORDERED that any unpaid balance of the forfeiture money judgment may be satisfied through the forfeiture of any property of Defendant as substitute property by operation of 21 U.S.C. § 853(p);

IT IS FURTHER ORDERED that pursuant to Fed.R.Crim.P. 32.2(b)(4)(A) and (b)(4)(B) this Preliminary Order of Forfeiture shall become final upon entry, be made part of Defendant's sentence and included in the judgment, and shall not be the subject of ancillary proceedings

given that the forfeiture consists entirely of a money judgment;

IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce this Order and to amend it as necessary pursuant to Fed.R.Crim.P. 32.2(e)

Agreed upon as to form and substance:

IT IS SO ORDERED:

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: June 18, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, June 18, 2013, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522